RICHARD A. LEWIS  (SBN 139407)
Law Offices of Richard A. Lewis
400 Capitol Mall, Suite 900
Sacramento, CA  95818
(916) 449-3971
(916) 444-0270
ral.law@comcast.net
*Attorney for Plaintiffs*

BRUCE E. LEONARD  (SBN 99405)
CAULFIELD, DAVIES & DONAHUE LLP
P.O. BOX 277010
SACRAMENTO, CA  95827
(916) 817-2900
Fax:  (916) 817-2644
bleonard@cddlaw.com

CHRISTOPHER S. WILLIAMS  (*pro hac vice*, OH #0043911)
LAURA C. MCBRIDE  (SBN 227038)
CALFEE, HALTER & GRISWOLD LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio  44114
(216) 622-8200
Fax:  (216) 241-0816
lmcbride@calfee.com
*Attorneys for Defendant Medical Mutual of Ohio*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| KATHRYN L. HOHOL, et al., ) | CASE NO.:  2:05-cv-02059-FCD-KJM |
| ) | |
| Plaintiffs, ) | **STIPULATION REGARDING** |
| ) | **PLAINTIFFS' REQUEST FOR** |
| v. ) | **CONTINUANCE OF MOTION TO** |
| ) | **DISMISS HEARING; ORDER** |
| MEDICAL MUTUAL OF OHIO, et al., ) | |
| ) | **JUDGE FRANK C. DAMRELL, JR.** |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

1  At Plaintiffs' request, counsel for the parties hereby respectfully request that the hearing for Defendant Medical Mutual of Ohio's Motion to Dismiss, which is presently set for December 16, 2005, be continued until February 24, 2006, at 10:00 AM or as soon thereafter as counsel may be heard. A continuance has been requested by Plaintiffs' counsel due to a medical conflict during the month of December. The date of February 24, 2006, is a mutually agreeable date. No previous continuances or leaves have been sought.

| | |
|---|---|
| */s/ Richard A. Lewis*<br>*per 11/17/05 email consent*<br>**RICHARD A. LEWIS  (SBN 139407)**<br>ral.law@comcast.net<br>**Law Offices of Richard A. Lewis**<br>**400 Capitol Mall, Suite 900**<br>**Sacramento, CA  95818**<br>**916/449-3971**<br><br>**Attorney for Plaintiffs** | */s/ Christopher S. Williams*<br>**CHRISTOPHER S. WILLIAMS**<br>(*pro hac vice*, OH #0043911)<br>cwilliams@calfee.com<br>**LAURA C. MCBRIDE  (SBN 227038)**<br>lmcbride@calfee.com<br>**Calfee, Halter & Griswold LLP**<br>**1400 McDonald Investment Center**<br>**800 Superior Avenue**<br>**Cleveland, Ohio  44114-2688**<br>**216/622-8200**<br><br>**BRUCE E. LEONARD  (SBN 99405)**<br>bleonard@cddlaw.com<br>**Caulfield, Davies & Donahue LLP**<br>**P.O. Box 277010**<br>**Sacramento, CA  95827**<br>**916/817-2900**<br><br>**Attorneys for Defendant** |

///
///
///
///
///
///

**ORDER**

The hearing for Defendant Medical Mutual of Ohio's Motion to Dismiss, which is presently set for December 16, 2005, be continued until February 24, 2006, at 10:00 AM. All briefing on the motion shall comply with Local Rule 78-230 and the new date.

**IT IS SO ORDERED.**

<u>November 21, 2005</u>             <u>/s/ Frank C. Damrell Jr.</u>
        Date                                         Judge, U.S. District Court

# CERTIFICATE OF SERVICE

A copy of the foregoing STIPULATION REGARDING PLAINTIFFS' REQUEST FOR CONTINUANCE OF MOTION TO DISMISS HEARING, WITH PROPOSED ORDER was served, via first-class U.S. mail, upon the following, this 18th day of November, 2005:

Richard A. Lewis  (SBN 139407)
Law Offices of Richard A. Lewis
400 Capitol Mall, Suite 900
Sacramento, CA   95818
(916) 449-3971

Attorney for Plaintiffs


        */s/ Christopher S. Williams*
One of the Attorneys for Defendant
Medical Mutual of Ohio