UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

KATHRYN HOHOL, et al.,

      Plaintiffs,

   v.

MEDICAL MUTUAL OF OHIO,

      Defendant.

NO. CIV. S-05-2059 FCD KJM

ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS

----oo0oo----

    1.  The hearing on Defendants' Motion to Dismiss [4] is continued to March 10, 2006 at 10:00 a.m.  Plaintiff shall file and serve his opposition brief or notice of non-opposition no later than February 24, 2006.  The Defendants' may file and serve a reply on or before March 3, 2006.

    2.  Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c) and $150.00 for failing to register for a login and password for the court's Electronic Case Management Filing System.

    3.    Plaintiff's counsel shall file his response to the order to show cause on or before February 24, 2006.

    4.    A hearing on the order to show cause will follow the hearing on the Motion to Dismiss.

IT IS SO ORDERED.

DATED: February 13, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE